1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, | Case No. 2:16-cv-2900 JAK (PLAx) |
| Plaintiffs, | **JUDGMENT IN INTERPLEADER** |
| v. | **JS-6** |
| ANGELITA BONEBRAKE, an individual; ANGELICA LEFANCHECK, an individual; DARIANA DAVIS, an individual; and ORRILL & BEARY, LLC, a limited liability corporation, | Complaint filed:   April 27, 2016 |
| Defendants. | |

   Pursuant to the Stipulation and Order for Judgment in Interpleader filed in this action, it is hereby:

   1.   ORDERED, ADJUDGED, and DECREED that plaintiff Aetna Insurance Company be and it hereby is discharged from any and all further liability with respect to that fund interpleaded in this action in the sum of $340,000, plus interest totaling $15,501.96;

   2.   ORDERED, ADJUDGED, and DECREED that the fund in

24173594

interpleader – to wit: the sum of $340,000, plus interest totaling $15,501.96 shall be forthwith disbursed and paid over by the Clerk as follows:

    a.    $100,100 payable to defendant Dariana Davis;

    b.    $53,900 payable to "Booth and Booth Attorneys Trust Account," with such funds held in trust on behalf of defendants Dariana Davis and Orrill & Beary, L.L.C. until their underlying fee dispute is resolved;

    c.    $4,026.00 to Aetna, comprising $2,845.00 in attorneys' fees and $1,181.00 in costs; and

    d.    To defendant Angelita Bonebrake and Angelica Lefancheck the sum balance of said fund as reduced by the foregoing payments.

3. ORDERED, ADJUDGED, and DECREED that each party-defendant shall bear its own costs and attorneys' fees in this action.

Date: July 25, 2016

_____
Honorable John A. Kronstadt
UNITED STATES DISTRICT JUDGE

cc: Fiscal Department